[995 NE2d 178, 972 NYS2d 215]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RODRIGUEZ, Appellant.

Decided August 27, 2013

### APPEARANCES OF COUNSEL

*Robert S. Dean, Center for Appellate Litigation*, New York City (*Lisa A. Packard* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Patricia Curran* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, without costs.

Defendant failed to preserve his claim that he did not receive 20 days' notice prior to his sex offender designation proceeding as required under Correction Law § 168-n (3). His argument

that an adjournment of unspecified duration was required as a matter of due process is similarly unreviewable.

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, without costs, in a memorandum.